# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED BY MAIL DEC 0 1 2005

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

November 23, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-30)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 2, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-30)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,028 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-30 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

### ALABAMA NORTHERN
~~ALN 2 05-2138~~       ~~Cynthia L. Bright v. Merck & Co., Inc., et al.~~ Vacated 11/16/05

### ARKANSAS EASTERN
ARE 4 05-1282        Herbert Philip Malone v. Merck & Co., Inc.

### ARIZONA
AZ 2 05-3239        Walter Carroll, et al. v. Merck & Co., Inc.

### CALIFORNIA CENTRAL
CAC 2 05-7107        Cynthia Jackson v. Merck & Co., Inc.
CAC 2 05-7225        Paul Fisher v. Merck & Co., Inc.
~~CAC 2 05-7366~~       ~~Tara Warner, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/22/05

### CALIFORNIA NORTHERN
CAN 3 05-3942        Reginald Gerald Pates v. Merck & Co., Inc.
CAN 3 05-3944        Charles Cutter Werdel v. Merck & Co., Inc.
CAN 3 05-3945        Donald William Hughes v. Merck & Co., Inc.
CAN 3 05-4101        Gregory C. Papedo, et al. v. Cardiology Associates of Marin, et al.
CAN 3 05-4213        Jeanne Bale, et al. v. Merck & Co., Inc.
CAN 3 05-4215        Walter J. Ledergerber v. Merck & Co., Inc.
CAN 5 05-3935        Harold Sanborn v. Merck & Co., Inc.
CAN 5 05-3936        Betty Walls v. Merck & Co., Inc.

### COLORADO
CO 1 05-1906        Kenneth E. Cotter v. Merck & Co., Inc.
CO 1 05-2043        Rosanne Rains v. Merck & Co., Inc.
CO 1 05-2049        Heather Kiefer, etc. v. Merck & Co., Inc.

### CONNECTICUT
CT 3 05-1607        Edith Sokoloff, et al. v. Merck & Co., Inc.

### FLORIDA MIDDLE
FLM 2 05-506        Susan Kairalla v. Merck & Co., Inc.
FLM 3 05-1036        Darrell Roberson v. Merck & Co., Inc., et al.
FLM 3 05-1037        Ruby Cochran v. Merck & Co., Inc., et al.
FLM 3 05-1038        Donnie Frye, et al. v. Merck & Co., Inc., et al.
FLM 3 05-1039        John Jugenheimer v. Merck & Co., Inc.
FLM 3 05-1040        Leslie Hantz, et al. v. Merck & Co., Inc., et al.
FLM 3 05-1041        Gary Lee Bell, Sr., et al. v. Merck & Co., Inc., et al.
FLM 3 05-1042        Gwendolyn L. Jones, et al. v. Merck & Co., Inc., et al.
FLM 8 05-1826        John Laing v. Merck & Co., Inc.

### FLORIDA SOUTHERN
FLS 0 05-61625        Felice J. Tavano, et al. v. Merck & Co., Inc.
FLS 9 05-80899        Joseph Aparo, etc. v. Merck & Co., Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **GEORGIA NORTHERN** | |
| GAN 1 05-2594 | Diane Rowles v. Merck & Co., Inc. |
| GAN 1 05-2597 | Ronald Nunn v. Merck & Co., Inc. |
| GAN 1 05-2598 | The Estate of Lawrence Reeves v. Merck & Co., Inc. |
| GAN 1 05-2599 | Tamma Wilson v. Merck & Co., Inc. |
| GAN 4 05-213 | David Melton v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS 4 05-555 | Mary A. Majors, et al. v. Merck & Co., Inc. |
| **IDAHO** | |
| ID 1 05-402 | Norman McMurtrie, et al. v. Merck & Co., Inc. |
| ID 2 05-408 | James Blaine, et al. v. Merck & Co., Inc. |
| ID 4 05-400 | Robert Ramos, et al. v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-5776 | Roger Gleason, et al. v. Merck & Co., Inc. |
| ILN 1 05-5820 | Geraldine Boness, etc. v. Merck & Co., Inc. |
| **INDIANA NORTHERN** | |
| INN 3 05-615 | Kenneth Ross v. Merck & Co., Inc. |
| **INDIANA SOUTHERN** | |
| INS 1 05-1496 | Ronald Higgins, et al. v. Merck & Co., Inc. |
| **KENTUCKY EASTERN** | |
| KYE 0 05-188 | Myrtle Suttles v. Merck & Co., Inc. |
| ~~KYE 3 05-68~~ | ~~Ronald E. Smith, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| KYE 3 05-69 | Joann Wright v. Merck & Co., Inc. |
| KYE 3 05-70 | Virginia A. Hendershot, et al. v. Merck Co., Inc., et al. |
| ~~KYE 5 05-412~~ | ~~James Parsons, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| ~~KYE 5 05-413~~ | ~~Gene Patterson, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| KYE 5 05-415 | Carolyn Hurt, etc. v. Merck & Co., Inc. |
| KYE 5 05-416 | Kathleen Weinberg v. Merck & Co., Inc. |
| KYE 5 05-419 | Marcus Fitzgerald v. Merck & Co., Inc. |
| KYE 5 05-422 | Roger Allen, et al. v. Merck & Co., Inc., et al. |
| ~~KYE 5 05-423~~ | ~~Tresa Brady, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 |
| KYE 5 05-424 | Jerry Gill v. Merck & Co., Inc. |
| ~~KYE 5 05-425~~ | ~~Maudie F. Jones, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| KYE 5 05-428 | Lucille Reed v. Merck & Co., Inc. |
| KYE 5 05-429 | Wendell Gene Johnson v. Merck & Co., Inc. |
| KYE 5 05-430 | Helen Hubbard v. Merck & Co., Inc. |
| KYE 5 05-431 | Ann Happy v. Merck & Co., Inc. |
| KYE 5 05-438 | Lila M. Jones v. Merck & Co., Inc. |
| KYE 5 05-439 | Christine Harney v. Merck & Co., Inc. |
| KYE 6 05-560 | Mary Ann Nolan v. Merck & Co., Inc. |
| KYE 6 05-564 | Brenda Kay Risner v. Merck & Co., Inc. |
| ~~KYE 6 05-565~~ | ~~Bonnie Engle v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| ~~KYE 7 05-317~~ | ~~James T. Bevins, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| KYE 7 05-323 | Paul Lowe v. Merck & Co., Inc. |
| KYE 7 05-324 | Jeffery Blankenship v. Merck & Co., Inc. |
| KYE 7 05-325 | James Harvey Estep, et al. v. Merck & Co., Inc. |
| KYE 7 05-326 | Ruth Ann Smith v. Merck & Co.., Inc. |
| KYE 7 05-327 | Earyetta Gillman, etc. v. Merck & Co., Inc. |
| KYE 7 05-328 | Otis Johnson v. Merck & Co., Inc. |
| ~~KYE 7 05-330~~ | ~~James Howell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 |
| KYE 7 05-334 | Mitchell Kimbler, Jr., et al. v. Merck & Co., Inc. |

DIST. DIV. C.A. #          CASE CAPTION

KENTUCKY WESTERN
- ~~KYW 3 05-565~~          ~~Carl D. Mahan, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-566~~          ~~Samuel Bain, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- KYW 3 05-567              Linda Horton v. Merck & Co., Inc.
- ~~KYW 3 05-568~~          ~~Wenceslaus Klimesh, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-569~~          ~~Glen Kelly v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-570~~          ~~Barry M. Kinslow v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-571~~          ~~Barbara A. Reeves, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05
- ~~KYW 3 05-572~~          ~~Betty Wooldridge, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-573~~          ~~Bernice Eversole, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-581~~          ~~Earl G. Crank, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-582~~          ~~Phillip Metcalf, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05
- ~~KYW 3 05-585~~          ~~Allen Dowell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-586~~          ~~Lois Zoll v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-587~~          ~~Helen Dennison v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-588~~          ~~Lana Yaggie, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-589~~          ~~Kim Young, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-590~~          ~~William E. Garrett, et al. v Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-591~~          ~~William M. Adams, Jr., et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-592~~          ~~Linda Howard, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-593~~          ~~Richard Wigginton, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-595~~          ~~Sharon McDonald v. Merck & Co., Inc., et al.~~ Opposed 11/23/05
- KYW 3 05-596              Ronnie Bailey v. Merck & Co., Inc.
- ~~KYW 3 05-600~~          ~~Dennie Miller, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-601~~          ~~David G. Thomas v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-602~~          ~~George R. Hubbard, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-603~~          ~~Joseph E. Newton, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-605~~          ~~Elmer Smith, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-606~~          ~~Violet Bailey, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-607~~          ~~Joyce Skillman v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-608~~          ~~Charles Ball, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-609~~          ~~Lucky Daniels, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-610~~          ~~Lovell S. Cottrell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-615~~          ~~Charles Orange, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-616~~          ~~Earl J. Estep, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-617~~          ~~Michael T. Mooney, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-618~~          ~~Juanita King v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-619~~          ~~Marjorie Staten, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-620~~          ~~Bernard Griffin, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-621~~          ~~Anthony Long, etc. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-622~~          ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-626~~          ~~Vanessa Wisenbaker v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-627~~          ~~Charles Nantz, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-628~~          ~~Annie Hendrix v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-629~~          ~~Carolyn A. Ward v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-630~~          ~~William E. Kaufman, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-631~~          ~~Donna C. Russel, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-632~~          ~~Delbert Rakes, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05
- ~~KYW 3 05-646~~          ~~Timmy Glass, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05

LOUISIANA MIDDLE
- LAM 3 05-1124             Keiffer Meyers v. Merck & Co., Inc.
- LAM 3 05-1142             Terri Ann LeBlanc v. Merck & Co., Inc.
- LAM 3 05-1174             Mitchell Alongio, et al. v. Merck & Co., Inc.
- LAM 3 05-1177             Rosalie H. Bienvenu, et al. v. Merck & Co., Inc.
- LAM 3 05-1184             Beverly Wilson, et al. v. Merck & Co., Inc.
- LAM 3 05-1190             Clara Norman, et al. v. Merck & Co, Inc.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| LAM 3 05-1196 | Angela Ralston v. Merck & Co., Inc. |
| LAM 3 05-1199 | Winthrop Winborn v. Merck & Co., Inc. |
| LAM 3 05-1200 | Tommy Stringer, et al. v. Merck & Co., Inc. |

LOUISIANA WESTERN

| | |
|---|---|
| LAW 1 05-1727 | Tiffany Soignet, etc. v. Merck & Co., Inc. |
| LAW 2 05-1764 | Moses Gilbert v. Merck & Co., Inc. |
| LAW 3 05-1607 | Vera B. Hill v. Merck & Co., Inc. |
| LAW 3 05-1766 | Nealy J. Britton v. Merck & Co., Inc. |
| LAW 5 05-1757 | Gerald R. Soileau, et al. v. Merck & Co., Inc. |
| LAW 6 05-1720 | Wendell Wyatt, et al. v. Merck & Co., Inc. |

MASSACHUSETTS

| | |
|---|---|
| MA 1 05-11984 | Linda Isner, etc. v. Merck & Co., Inc. |
| MA 1 05-12018 | Lynda Lowe, etc. v. PJC Realty MA, Inc., et al. |
| MA 1 05-12087 | Gunnar Hagen v. Merck & Co., Inc. |

MINNESOTA

| | |
|---|---|
| MN 0 05-2331 | Charles Spickard, etc. v. Merck & Co., Inc. |
| MN 0 05-2333 | Donald F. Damer v. Merck & Co., Inc. |
| MN 0 05-2375 | Charles Slauson v. Merck & Co., Inc. |
| MN 0 05-2376 | Corrine Lewis v. Merck & Co., Inc. |
| MN 0 05-2378 | Jeanne M. Lonergan v. Merck & Co., Inc. |
| MN 0 05-2406 | Sena Hays, etc. v. Merck & Co., Inc. |
| MN 0 05-2407 | Rovena Ward, etc. v. Merck & Co., Inc. |
| MN 0 05-2441 | Matthew Pacha v. Merck & Co., Inc. |
| MN 0 05-2446 | Wendy Miller v. Merck & Co., Inc. |

MISSOURI EASTERN

| | |
|---|---|
| MOE 2 05-64 | Margaret Miller, et al. v. Merck & Co., Inc. |
| MOE 4 05-1665 | Lavenia Reeves v. Merck & Co., Inc. |
| MOE 4 05-1667 | Esther Shipper v. Merck & Co., Inc. |
| MOE 4 05-1668 | Audrey Brown, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1670 | Beverly J. Fitzgerald, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1671 | Ronald Pinto v. Merck & Co., Inc., et al. |
| MOE 4 05-1742 | Zelma Howard v. Merck & Co., Inc., et al. |
| MOE 4 05-1743 | Marie Olsten v. Merck & Co., Inc., et al. |
| MOE 4 05-1749 | Linda Scott, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1754 | Ruth Carolyn Campbell v. Merck & Co., Inc., et al. |
| MOE 4 05-1760 | Wanda Dodson, et al. v. Merck & Co., Inc. |
| MOE 4 05-1762 | Maurice Banks, et al. v. Merck & Co., Inc. |
| MOE 4 05-1831 | Rita Young, etc. v. Merck & Co., Inc., et al. |
| MOE 4 05-1902 | Carolyna Bean, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1908 | Patricia A. Sanders v. Merck & Co., Inc., et al. |
| MOE 4 05-1909 | Ivory Lindwedel v. Merck & Co., Inc., et al. |

MISSOURI WESTERN

| | |
|---|---|
| ~~MOW 3 05-5142~~ | ~~Jimmie Collins v. Merck & Co., Inc., et al.~~ Opposed 11/22/05 |
| MOW 4 05-935 | Martin Teckemeyer, et al. v. Merck & Co., Inc. |
| MOW 4 05-961 | Marsha Gardner, etc. v. Merck & Co., Inc. |
| MOW 4 05-962 | Melvina Lyons, etc. v. Merck & Co., Inc. |
| MOW 4 05-963 | Hayward Ray, et al. v. Merck & Co., Inc. |
| MOW 4 05-964 | Mary Jo O'Brien, etc. v. Merck & Co., Inc. |
| MOW 4 05-965 | Zella Sellers, etc. v. Merck & Co., Inc. |
| MOW 4 05-967 | Verna Scott, et al. v. Merck & Co., Inc. |
| MOW 4 05-974 | Donald Davis Ford v. Merck & Co., Inc. |
| MOW 4 05-975 | Randy Spearman, etc. v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MOW 4  05-1002 | Dennis Bosch, etc. v. Merck & Co., Inc. |
| MOW 4  05-1003 | Porter Smith, et al. v. Merck & Co., Inc. |
| MOW 4  05-1004 | Sandra Amend v. Merck & Co., Inc. |

MISSISSIPPI SOUTHERN
- MSS  2  05-2079 — Tommy J. Harper v. Merck & Co., Inc.
- MSS  2  05-2080 — Laura P. Meadows v. Merck & Co., Inc.
- MSS  4  05-166 — Nadene Caves v. Merck & Co., Inc.

NEW JERSEY
- NJ  3  05-4951 — Lawrence Coleman v. Merck & Co., Inc.

NEW MEXICO
- NM  1  05-641 — Margaret Albaugh v. Merck & Co., Inc., et al.

NEW YORK EASTERN
- NYE  1  05-4865 — Everardo S. Aguilar v. Merck & Co., Inc., et al.
- NYE  1  05-4881 — Robert Casciani, et al. v. Merck & Co., Inc.
- NYE  1  05-4893 — Evelyn Riquelme, etc. v. Merck & Co., Inc.
- NYE  1  05-4908 — May Taliaferrow, etc. v. Merck & Co., Inc.

NEW YORK NORTHERN
- NYN  3  05-1315 — Robert D. Gates, et al. v. Merck & Co., Inc.
- NYN  5  05-1277 — Charlotte E. Fischetti v. Merck & Co., Inc.

NEW YORK SOUTHERN
- NYS  1  05-8599 — Robert Jones v. Merck & Co., Inc.

OHIO NORTHERN
- OHN  1  05-2304 — Bonnie Beck, etc. v. Merck & Co., Inc.

OHIO SOUTHERN
- OHS  1  05-645 — Michael D. Lewis, et al. v. Merck & Co., Inc.
- OHS  2  05-909 — Effie Gamble v. Merck & Co., Inc.

OKLAHOMA EASTERN
- OKE  6  05-400 — Kerry Olive, etc. v. Merck & Co., Inc.
- OKE  6  05-401 — Patricia McFarland, etc. v. Merck & Co., Inc.

OKLAHOMA WESTERN
- OKW 5  05-1165 — Dale Ray Youree v. Merck & Co., Inc.
- OKW 5  05-1185 — Glenn McCormick v. Merck & Co., Inc.

PENNSYLVANIA EASTERN
- PAE  2  05-5316 — John T. Calderaio, etc. v. Merck & Co., Inc., et al.
- PAE  2  05-5446 — Delores T. Warner, et al. v. Merck & Co., Inc.

PENNSYLVANIA WESTERN
- PAW  2  05-1407 — James Ganss, et al. v. Merck & Co., Inc.

PUERTO RICO
- PR  3  05-2002 — Gladys Amadis-Rosario, et al. v. Merck & Co., Inc.
- PR  3  05-2012 — Juanita Cartagena-Marrero, et al. v. Merck & Co., Inc.
- PR  3  05-2013 — Alicia Guilbe-Mercado, et al. v. Merck & Co., Inc.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH DAKOTA** | |
| SD 1 05-1044 | Herschel Niles v. Merck & Co., Inc. |
| **TENNESSEE EASTERN** | |
| TNE 1 05-263 | Donald E. Parris, et al. v. Merck & Co., Inc. |
| TNE 1 05-268 | Margaret Davis v. Merck & Co., Inc. |
| TNE 1 05-269 | Albert N. Norris v. Merck & Co., Inc. |
| TNE 1 05-282 | Joseph Gravelle v. Merck & Co., Inc. |
| ~~TNE 1 05-283~~ | ~~James E. Queen, et al. v. Merck & Co., Inc.~~ Opposed 11/22/05 |
| TNE 3 05-443 | Evelyn R. Bishop v. Merck & Co., Inc. |
| TNE 3 05-474 | Richard Counsil, et al. v. Merck & Co., Inc. |
| TNE 3 05-484 | George W. Davis v. Merck & Co., Inc. |
| **TENNESSEE MIDDLE** | |
| TNM 1 05-69 | Patricia C. Blackwell, et al. v. Merck & Co., Inc. |
| TNM 3 05-812 | Hugh Daniel, II v. Merck & Co., Inc. |
| TNM 3 05-828 | Walterine Reed, et al. v. Merck & Co., Inc. |
| TNM 3 05-829 | Bonnie Payne, et al. v. Merck & Co., Inc. |
| **TENNESSEE WESTERN** | |
| TNW 1 05-1298 | Frederick E. Cook, Sr., et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1299 | Donald L. D'Amico, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1314 | Roy Arnold, Sr., et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1315 | James P. Young v. Merck & Co., Inc., et al. |
| TNW 2 05-2704 | Patsy Hunter v. Merck & Co., Inc. |
| TNW 2 05-2705 | Betty Carter v. Merck & Co., Inc. |
| TNW 2 05-2721 | Benjamin Davis, et al. v. Merck & Co., Inc. |
| TNW 2 05-2730 | Earline Norwood v. Merck & Co., Inc. |
| TNW 2 05-2733 | Tony Gallo, et al. v. Merck & Co., Inc. |
| TNW 2 05-2775 | Phillip M. Smith, et al. v. Merck & Co., Inc. |
| TNW 2 05-2777 | Dana Turner, etc. v. Baptist Memorial Hospital, et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-678 | Irene Carr, etc. v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS 2 05-502 | Ivey F. Crisp v. Merck & Co., Inc. |
| TXS 2 05-503 | Harold E. Caldwell v. Merck & Co., Inc. |
| TXS 4 05-3529 | Ellen Vidler, et al. v. Merck & Co., Inc. |
| TXS 7 05-335 | Maria P. Gonzalez v. Merck & Co., Inc., et al. |
| **VIRGINIA EASTERN** | |
| VAE 1 05-1161 | Charles Phillips v. Merck & Co., Inc. |
| VAE 2 05-582 | William V. Hadsell, Jr. v. Merck & Co., Inc. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1742 | Betty Ely, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-30 TAG-ALONG ACTIONS (MDL-1657)  PAGE 6 of 6